# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>KENNEDY IWUOHA,<br><br>　　　　　Defendant. | Case No. 2:09-cr-0162-RLH-GWF<br><br>**O R D E R**<br>(Motion Pursuant to §2255–#55) |

　　　　Defendant having filed a Motion Pursuant to 28 U.S.C. §2255 to Vacate, Set Aside or Correct Sentence by a Person in Federal Custody (#55, filed September 15, 2010), and the Court finding that it does not plainly appear that Defendant is not entitled to relief,

　　　　IT IS HEREBY ORDERED that a copy of the motion be delivered to the United States Attorney forthwith.

　　　　IT IS FURTHER ORDERED that the United States Attorney shall file an answer, motion or other appropriate response to the motion within sixty (60) days of the date of this Order.

　　　　Dated: September 20, 2010.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Roger L. Hunt
　　　　　　　　　　　　　　　　　　Chief United States District Judge